**FILED**
JUL 1 8 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WHITEHALL JEWELLERS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No: 05 C 1050 |
| THIS DOCUMENT RELATES TO ALL CASES | Honorable Rebecca R. Pallmeyer |

## NOTICE OF FILING

TO: All Counsel of Record

LEASE TAKE NOTICE that on July 18, 2005, caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached **Supplement To Outside Directors' Motion To Stay Based Upon The *Colorado River* Abstention Doctrine**, a copy of which is attached and hereby served upon you.

Dated: July 18, 2005

Respectfully Submitted,

RICHARD K. BERKOWITZ, DANIEL H. LEVY, NORMAN J. PATINKIN, AND SANFORD SHKOLNIK

By: _____
One of Their Attorneys

Michael D. Freeborn (868795)
Douglas A. Albritton (6228734)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 1 8 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE WHITEHALL JEWELLERS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No: 05 C 1050 |
| THIS DOCUMENT RELATES TO ALL CASES | Honorable Rebecca R. Pallmeyer |

## SUPPLEMENT TO OUTSIDE DIRECTORS' MOTION TO STAY BASED UPON THE *COLORADO RIVER* ABSTENTION DOCTRINE

Defendants Richard Berkowitz, Daniel Levy, Sanford Shkolnik and Norman Patinkin (collectively the "Outside Directors"), by their undersigned counsel and with the agreement of the other defendants, submit this supplement in support of their motion for *Colorado River* abstention.

As the Outside Directors noted in their memorandum of law filed on Friday July 15, 2005, the three pending state court derivative actions were the subject of a pending motion to consolidate. That motion was heard today, Monday July 17, 2005, by the Chief Judge of the Chancery Division, the Honorable Judge Dorothy Kinnaird. As expected, Judge Kinnaird granted consolidation and ordered that all three state cases proceed before a single judge. Copies of the consolidation orders are attached hereto. Thus, the *Perles* and *Lynch* cases are now consolidated with the *Cusack* action, and the consolidated cases will proceed before the Honorable Judge Patrick McGann who was assigned to the first-filed *Cusack* case when it was filed. In short, there is now a single state proceeding, and it is proceeding under the case number of the first filed Whitehall derivative case – the *Cusack* case, Case No. 04 CH 9705.

- 2 -

Dated: July 18, 2005

                                      Respectfully Submitted,

                                      RICHARD K. BERKOWITZ, DANIEL H. LEVY, NORMAN J. PATINKIN, AND SANFORD SHKOLNIK

                    By:     _____
                                    One of Their Attorneys

Michael D. Freeborn (868795)
Douglas A. Albritton (6228734)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000

STATE OF ILLINOIS } ss:
COUNTY OF COOK

8087
8202

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

Lynch

vs.

Berkowitz, et al

No. 05 CH 9913

This matter coming on to be heard on a Motion for Consolidation before Judge Dorothy Kirie Kinnaird, Presiding Judge of the Chancery Division.

[X] 4216 IT IS HEREBY ORDERED that the motion is granted and this cause be consolidated with

case number #: 04 CH 9705

now pending on Chancery Calendar Number # 6 before Judge McCann.

[ ] 5216 IT IS HEREBY ORDERED that the motion is denied.

**ENTERED**

JUL 18 2005

JUDGE
DOROTHY KIRIE KINNAIRD - 276

DOROTHY KIRIE KINNAIRD    No. 276
PRESIDING JUDGE
CHANCERY DIVISION

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORDER OF CONSOLIDATION (Rev. 1/28/02) CCCH 0622

STATE OF ILLINOIS ⎱ ss:
COUNTY OF COOK ⎰

8087
8202

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

Perks

vs.

Estate of Hugh Potinkin, et al

No. 05 CH 6926

This matter coming on to be heard on a Motion for Consolidation before Judge Dorothy Kirie Kinnaird, Presiding Judge of the Chancery Division.

☒ **4216** IT IS HEREBY ORDERED that the motion is granted and this cause be consolidated with

case number #: _~~Auwer~~ 04 CH 9705_

now pending on Chancery Calendar Number # __6__ before Judge __McGann__

☐ **5216** IT IS HEREBY ORDERED that the motion is denied.

**ENTERED**
JUL 18 2005
JUDGE
DOROTHY KIRIE KINNAIRD - 276

DOROTHY KIRIE KINNAIRD   No. 276
PRESIDING JUDGE
CHANCERY DIVISION

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing **Supplement To Outside Directors' Motion To Stay Based Upon The *Colorado River* Abstention Doctrine** to counsel of record listed below, by depositing the same in the U.S. Mail located at 311 South Wacker Drive, Chicago, Illinois 60606, with proper postage prepaid, on July 18, 2005.

David B. Kahn
Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza
Suite 100
Northfield, Illinois 60093

Eric L. Zagar
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

Stephen Jay Senderowitz
John J. Tully
WINSTON & STRAWN
35 West Wacker Drive
41st Floor
Chicago, Illinois 60601

Douglas M. Leavitt
DANZINGER SHAPIRO & LEAVITT, PC
2101 Pine Street
Third Floor
Philadelphia, Pennsylvania 19103

Walter C. Carlson
Colleen M. Kenney
Brendan J. Gardiner
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn
Chicago, Illinois 60603

_____
Douglas A. Albritton