# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1050 | **DATE** | 6/26/2006 |
| **CASE TITLE** | Myra Cureton vs. Berkowitz, et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed with prejudice, with each side to bear its own costs and attorneys' fees pursuant to Joint Stipulation Of Dismissal. Status hearing set for 7/6/06 is stricken.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|